**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-1344

GERALD J. STEPHENSON,

        Plaintiff - Appellant,

    v.

JOHN SMITH, Owner, J. Smith Enterprises McDonalds
Corporation,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News. Raymond A. Jackson,
District Judge. (4:11-cv-00152-RAJ-DEM)

Submitted: June 21, 2012        Decided: June 25, 2012

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald J. Stephenson, Appellant Pro Se. Elizabeth Ellen Clarke,
LECLAIR RYAN, PC, Richmond, Virginia; Brian Garth Muse, LECLAIR
RYAN, PC, Williamsburg, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald J. Stephenson appeals the district court's order dismissing his wrongful termination suit.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  Stephenson v. Smith, No. 4:11-cv-00152-RAJ-DEM (E.D. Va. Mar. 2, 2012).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED